IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF GEORGIA

| | | |
|---|---|---|
| AMY PARTON, | : | |
| Plaintiff, | : | |
| vs. | : | Case No.: |
| MIDLAND CREDIT MANAGEMENT, INC. | : | 5:14-CV-00314-MTT |
| Defendant. | : | |

### DISMISSAL OF ALL CLAIMS WITH PREJUDICE

COMES NOW, Amy Parton, through her counsel-of-record, and files this Dismissal of All Claims with Prejudice. In support thereof, your Plaintiff shows that the parties have reached an amicable resolution of all the matters to be tried herein and there are no further issues for judicial determination.

Dated September 22, 2014.

/s Clifford Carlson
Clifford Carlson,
Ga. Bar No.: 227503
Cliff Carlson Law, P.C.
4501 Russell Parkway, Suite 24
Warner Robins, GA 31088
478.254.1018 (Tel.)
cc@cliffcarlsonlaw.com (Email)

2

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF GEORGIA

| | | |
|---|---|---|
| AMY PARTON, | : | |
| Plaintiff, | : | |
| vs. | : | Case No.: |
| MIDLAND CREDIT MANAGEMENT, INC. | : | 5:14-CV-00314-MTT |
| Defendant. | : | |

**PROPOSED ORDER DISMISSING ALL CLAIMS**

IT IS hereby order by this Court, having read the attached Dismissal of All Claims with Prejudice, that this case be dismissed with prejudice.

Dated the ___ day of _____, 2014.

_____
Judge
Middle Federal District
State of Georgia

**CERTIFICATE OF SERVICE**

This is to certify that I have this day electronically filed the foregoing Dismissal of All Claims with Prejudice and Proposed Order Dismissing all Claims with Prejudice using the CM/ECF system which will send such notification of such filing to the following attorneys for the Plaintiff:

>Matthew B. Ames
>BALCH & BINGHAM LLP
>30 Ivan Allen Jr. Blvd. N.W., Suite 700
>Atlanta, GA 30308

>Joshua Michael Moore
>BALCH & BINGHAM LLP
>30 Ivan Allen Jr. Blvd. N.W., Suite 700
>Atlanta, GA 30308

This 22nd day of September, 2014.

>**/s Clifford Carlson**
>Clifford Carlson,
>Ga. Bar No.: 227503
>Cliff Carlson Law, P.C.
>4501 Russell Parkway, Suite 24
>Warner Robins, GA 31088
>478.254.1018 (Tel.)
>cc@cliffcarlsonlaw.com (Email)