IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF GEORGIA

| | | |
|---|---|---|
| AMY PARTON, | : | |
| Plaintiff, | : | |
| vs. | : | Case No.: |
| MIDLAND CREDIT MANAGEMENT, INC. | : | 5:14-CV-00314-MTT |
| Defendant. | : | |

### JOINT DISMISSAL OF ALL CLAIMS WITH PREJUDICE

COMES NOW, Amy Parton and Midland Credit Management, Inc., through their counsels-of-record, and file this Joint Dismissal of All Claims with Prejudice. In support thereof, the parties state that they have reached an amicable resolution of all the matters to be tried herein and there are no further issues for judicial determination.

Dated September 24, 2014.

/s Clifford Carlson
Clifford Carlson,
Ga. Bar No.: 227503
Cliff Carlson Law, P.C.
4501 Russell Parkway, Suite 24
Warner Robins, GA 31088
478.254.1018 (Tel.)
cc@cliffcarlsonlaw.com (Email)

Attorney for Plaintiff Amy Parton

s/Joshua M. Moore
MATTHEW B. AMES
Georgia Bar No. 015898
JOSHUA M. MOORE
Georgia Bar No. 520030

**BALCH & BINGHAM LLP**
30 Ivan Allen Jr. Blvd. N.W., Suite 700
Atlanta, Georgia 30308
Telephone: (404) 962-3540
Facsimile: (404) 261-3656

*Attorneys for Defendant Midland Credit Management, Inc.*

1

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF GEORGIA

| | | |
|---|---|---|
| AMY PARTON, | : | |
|     Plaintiff, | : | |
| vs. | : | Case No.: |
| MIDLAND CREDIT MANAGEMENT, INC. | : | 5:14-CV-00314-MTT |
|     Defendant. | : | |

## **PROPOSED ORDER DISMISSING ALL CLAIMS**

IT IS hereby order by this Court, having read the attached Dismissal of All Claims with Prejudice, that this case be dismissed with prejudice.

Dated the ___ day of _____, 2014.

_____
Judge
Middle Federal District
State of Georgia

**CERTIFICATE OF SERVICE**

This is to certify that I have this day electronically filed the foregoing Dismissal of All Claims with Prejudice and Proposed Order Dismissing all Claims with Prejudice using the CM/ECF system which will send such notification of such filing to the following attorneys for the Plaintiff:

    Matthew B. Ames
    BALCH & BINGHAM LLP
    30 Ivan Allen Jr. Blvd. N.W., Suite 700
    Atlanta, GA 30308

    Joshua Michael Moore
    BALCH & BINGHAM LLP
    30 Ivan Allen Jr. Blvd. N.W., Suite 700
    Atlanta, GA 30308


This 22nd day of September, 2014.

                                                            **/s Clifford Carlson**
                                                            Clifford Carlson,
                                                            Ga. Bar No.: 227503
                                                            Cliff Carlson Law, P.C.
                                                            4501 Russell Parkway, Suite 24
                                                            Warner Robins, GA 31088
                                                            478.254.1018 (Tel.)
                                                            cc@cliffcarlsonlaw.com (Email)